RECEIVED

JUN 14 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Cottonwood Development      Civil Action No. 6:13-00954

versus      Judge Rebecca F. Doherty

Moter, et al      Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the United States Internal Revenue Service's Motion For Default Judgment [Rec. Doc. 39] is **GRANTED**, and **DEFAULT JUDGMENT** is **ENTERED** in favor of the United States Internal Revenue Service in that the United States' tax lien for Charles Walter Moter's 2002 federal income tax liability encumbers the property in question, which bears the address of 219 Brumley Road, Duson, Louisiana 70529 and is described as follows:

> That certain parcel of land, with improvements, being situated in Section 11, Township 10 South, Range 3 East, Parish of Lafayette, Louisiana. According to a Plat of Survey, prepared by Colomb and Laurent, Registered Surveyors, dated July 25, 1962, attached to Act No. 427997 of the records of the Clerk of Court's Office, Parish of Lafayette, Louisiana, this parcel is identified as "property to be acquired Carrol J. Hernandez", contains approximately two and two thirds arpents, more or less, and has a frontage of 248.4 feet on Brumley Lane (formerly proposed street), by depth of equal lines of 384 feet with a rear line of 252 feet and is bounded easterly, Brumley Lane, southerly property of George Conque et al, heirs or assigns,

westerly property of Charles Judice, heirs or assigns, northerly proposed street. An that the United States' tax lien is entitled to priority over the interests of the State of Louisiana, Department of Revenue; Lafayette Parish School Board; and NCO Portfolio Management, Inc.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 14th day of June, 2016.

Rebecca F. Doherty
United States District Judge